

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00766-CV

**IN RE** Craig **CHARLES**, Julian Calderas, Jr., and AL Global Services, LLC, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

Delivered and Filed: March 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR TEMPORARY STAY DENIED AS MOOT

On November 26, 2025, relators Craig Charles, Julian Calderas, Jr. and AL Global Services, LLC filed a petition for writ of mandamus and a motion for temporary stay. On December 9, 2025, we requested a response to the petition and held in abeyance relators' motion for temporary stay. After considering relators' petition for writ of mandamus, real parties in interest's response, relators' reply, and the mandamus record, we conclude relators are not entitled

---

[1]This proceeding arises out of Cause Nos. 2018CI22581 and 2025CI26290, styled *Jim Jorrie, Plaintiff, v. Craig Charles, Julian Calderas, Jr., and AL Global Services, LLC, Defendants, v. Cobra Acquisitions, LLC, Intervenor, v. Espada Logistics & Security Group, LLC, Espada Caribbean, LLC, Arty Straehla, Ken Kinsey, Jennifer Gay Jorrie, and Mammoth Energy Services, Inc., Third-Party Defendants*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding. The orders at issue were signed by the Honorable Nicole Garza, Presiding Judge of the 37th Judicial District Court, Bexar County, Texas, and the Honorable Laura Salinas, Presiding Judge of the 166th Judicial District Court, Bexar County, Texas.

to the relief sought.  Accordingly, relators' petition for writ of mandamus is denied.  *See* TEX. R.

APP. P. 52.8(a).  Relators' motion for temporary stay is denied as moot.

PER CURIAM